**F.K., by her next friend, C.K., and C.K., Individually, Respondent,**

v.

**B.G.B., Appellant.**

**ED 102069**

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed: November 3, 2015

Alan W. Cohen, 501 N. Taylor Avenue, St. Louis, MO 63108, Attorney for Appellant.

Greg L. Roberts, 215 Chesterfield Business Parkway, Suite A, Chesterfield, MO 63005, Attorney for Respondent.

Before Robert G. Dowd, Jr., P.J. and Mary K. Hoff and Roy L. Richter, JJ.

### ORDER

PER CURIAM.

B.G.B. appeals from the judgment entered on the petition of C.K., as next friend of F.K., determining paternity and ordering custody and support. The judgment is supported by substantial evidence and is not against the weight of the evi-dence. No error of law appears. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).